IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM MARCUS GASKIN,

    Plaintiff,

vs.                                                        4:07-CV-040-SPM

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.
_____/

      Upon consideration of Plaintiff's Motion and Memorandum for Attorney Fee's (doc. 30) and Defendant's response (doc. 31) stating that he is unopposed, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The motion (doc. 30) is granted.

    2.    The Clerk shall enter judgment against Defendant and in favor of Plaintiff in the amount of **$4,800.64** for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

    DONE AND ORDERED this <u>fourth</u> of April, 2008.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              United States District Judge